Date Signed:
April 20, 2020



SO ORDERED.

Robert J. Faris
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF HAWAII

| In re | Case No.: 20-00117 |
|---|---|
| JAMIE S LARSON ISAACS, | Chapter |
| Debtor. | Re: Docket No. 40 |

### ORDER DENYING DEBTOR'S MOTION FOR RECONSIDERATION OF ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

Debtor filed a motion to reconsider the order granting creditor Ravichandran Subrahmanyan's motion for relief from the automatic stay that was entered on March 19, 2020. The order granting the relief was effective April 17, 2020. (dkt. 34). Debtor's motion for reconsideration contends that this court should reconsider the granting of relief because Governor David Ige of the State of Hawaii issued a proclamation prohibiting tenant evictions.

Debtor's motion to reconsider is reviewed under rule 9023 of the Fed. R. Bankr. P. In order to obtain relief under rule 9023, the debtor must demonstrate:

"(1) manifest error of fact; (2) manifest error of law; or (3) newly discovered evidence." *Hansen v. Moore* (*In re Hansen*), 368 B.R. 868, 878 (B.A.P. 9th Cir. 2007). There is no manifest error of fact, no manifest error of law or newly discovered evidence. Governor Ige's proclamation prohibits certain activity normally authorized under state law. However, the bankruptcy court is governed under federal law. Under federal law, this court has the authority to terminate the debtor's protections under the automatic stay. Whether the debtor is protected under the Governor's proclamation is separate and apart from this court's determination that the debtor is not protected under the automatic stay. Therefore,

IT IS HEREBY ORDERED that debtor's motion for reconsideration is DENIED.

## END OF ORDER